

IN THE
TENTH COURT OF APPEALS

No. 10-13-00412-CR

DYLYN REED RICHARDS,

Appellant

 v.

THE STATE OF TEXAS,

Appellee

From the 40th District Court
Ellis County, Texas
Trial Court No. 37254CR

# ORDER

Dylyn Reed Richards was convicted of the offense of Intoxication Manslaughter causing the death of a police officer and was sentenced to 55 years in prison. TEX. PENAL CODE ANN. §§ 49.08, 49.09(b-2) (West 2011). Due to the receipt of counsel's motion to withdraw, we abated this appeal on September 4, 2014 to the trial court to consider whether Richards is still indigent and if so, whether to discharge Richards' appointed counsel and to appoint new appellate counsel for Richards.

We have received a supplemental clerk's record which includes an order holding that the previous appointed counsel should be allowed to withdraw and appointing new counsel for Richards on appeal. Accordingly, this appeal is reinstated, former counsel's motion to withdraw is dismissed as moot, and the brief by appellant's new counsel is due 30 days from the date of this order.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal reinstated
Motion dismissed
Order issued and filed September 25, 2014

